Rodney John Ramirez"#864913
William P.Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

25,057-12

MOTION DENIED
DATE: 4-3-15
BY: P.C.

February 10,2015

Honorable Mr.Abel Acosta, Clerk
TEXAS COURT OF CRIMINAL APPEALS
P.O. BOX 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 13 2015

Abel Acosta, Clerk

RE: RODNEY JOHN RAMIREZ

   CCA NO.WR-25,057-12

   Trial Court No.59793

   "MOTION FOR ENTRY OF DEFAULT JUDGMENT OR
   ISSUANCE OF MANDAMUS"

Dear Honorable Clerk,

Enclosed please find the original of the aforementioned 'motion'
submitted this day for filing among the papers of the above-
styled and numbered cause. Please process said 'motion' and bring
same to the Court's attention.

   I Thank You in advance for your kind professional time and
assistance in this matter.

                                    Sincerely/Respectfully,

                                    Rodney John Ramirez,#864913
                                    William P.Clements Unit
                                    9601 Spur 591
                                    Amarillo, Texas 79107-9606

CC:File

IN THE COURT OF CRIMINAL APPEALS

OF TEXAS

§

RODNEY JOHN RAMIREZ, RELATOR,                     CCA NO.WR-25,057-12

-VS-                                              TC CASE NO.59793
                                §
EL PASO COUNTY DISTRICT CLERK.

§

RELATOR'S MOTION FOR ENTRY OF

DEFAULT JUDGMENT OR ISSUANCE OF MANDAMUS

TO THE HONORABLE JUDGES OF THE TEXAS COURT OF CRIMINAL APPEALS:

COMES NOW, RODNEY JOHN RAMIREZ, Relator, acting pro se under the above-styled and numbered cause, and respectfully files this, "Relator's Motion For Entry Of Default Judgment Or Issuance Of Mandamus." In support thereof, Relator will show this Honorable Court the following.

I.

On **December 3,2009,** Relator filed a post-conviction application for writ of habeas corpus with the Office of the El Paso County District Clerk under the above-numbered Trial Court Cause Number. The application was amended **on March 30,2013, per-order of this Court (Texas Court of Criminal Appeals) and the El Paso County District Clerk.** No action has been taken on Relator's application since it has been **amended on March 30,2013.** On September 2,2014, **Relator** filed **"Motion For Issuance Of Mandamus"** with this Honorable Court, seeking an order to compel the El Paso County Districk Clerk to transmit the record to this Court, or in the alternative, for this Court to grant the relief sought within

-1-

Relator's application for writ of habeas corpus.

On September 24,2014, this Honorable Court of Criminal Appeals entered its Order: MOTION FOR LEAVE TO FILE HELD IN ABEYANCE AND DISTRICT CLERK ORDERED TO RESPOND, thirty-(30)-days from the date of issuance of said order.

## II.

### REASON FOR GRANTING RELATOR'S MOTION FOR ENTRY OF

### DEFAULT JUDGMENT OR ISSUANCE OF MANDAMUS

Respondent has taken no action as required by law and the effect of failure to respond in this case where a responsive pleading is required, **Applicant's allegation's are admitted as True when not denied in a responsive pleading.** Article 11.07,§3. Allgations in a pleading to which no responsive pleading is required or permitted shall be taken as denied or voided. **Thus,** the allegations in **Relator's** post-conviction application for writ of habeas corpus require a responsive pleading and as such, have not been denied, although more than enough time has elapsed since the filing date of **Relator's** application and the **District Clerk's** blatant disregard of this Honorable Court's order entered on September 24,2014.

**WHEREFORE,** in the interest of justice Relator prays this 'motion' be granted.

Respectfully Submitted on this 10 day of **February,2015.**

Rodney John Ramirez, Relator
TDCJ-CID#864913
William P.Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

-2-